■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARCIDEZ CASTILLO-DIGUEZ, Also Known as CUBA, Appellant. [841 NYS2d 920]—

Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered September 14, 2004. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of criminal possession of a controlled substance in the second degree (Penal Law former § 220.18 [1]). Supreme Court properly refused to suppress the identification testimony of an undercover police officer. The record of the *Wade* hearing supports the court's conclusion that, although the photo array consisting of a single photograph of defendant was unduly suggestive, the officer had an independent basis for her in-court identification of defendant (*see People v Schiffer*, 13 AD3d 719, 720 [2004]; *People v Riggins*, 272 AD2d 892 [2000], *lv denied* 95 NY2d 870 [2000]). Present—Martoche, J.P., Smith, Peradotto, Green and Pine, JJ.